FERRARI LAW, P.C.
8333 Foothill Blvd, Ste 100-412
Rancho Cucamonga, CA 91730
(877) 577-7223

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDAY FARMS, INC., a former California corporation; and NIPPON KOKUSAI AGRICULTURAL HOLDINGS, INC., a Samoa corporation<br><br>*Petitioners*,<br>v.<br><br>FEEDX HOLDINGS, INC., a Cayman Islands corporation<br>*Respondent.*<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:21-cv-00346-JGB(SPx)<br><br>**JUDGMENT** |

This action relates to the final arbitration award (the "Award") dated November 3, 2020 by the AAA International Centre For Dispute Resolution in ICDR Case No. 01-17-0002-8035, which incorporates the Partial Final Award dated October 2, 2019. The Award relates to an arbitration (the "AAA Arbitration") between on the one hand (as respondents in the AAA Arbitration) FeeDx Holdings, Inc. ("FeeDx," respondent

FERRARI LAW, P.C.
8333 Foothill Blvd, Ste 100-412
Rancho Cucamonga, CA 91730
(877) 577-7223

and counterclaimant herein), Thomas Tsai, HayDx Inc., and FFNT; and on the other hand (as claimants in the AAA Arbitration) Hayday Farms Holdings Ltd. f/k/a Hayday Farms, Inc. ("Hayday") and Nippon Kokusai Agricultural Holdings, Inc. ("Nippon Kokusai") (both petitioners and counterclaim-defendants herein). The Court hereby enters its JUDGMENT as follows:

1. The Award is vacated to the extent it makes any award against Thomas Tsai, HayDx Inc., and FFNT.

2. The Award is vacated as to $7 million of the amount awarded against FeeDx.

3. The rest of the Award is confirmed. Hayday and Nippon Kokusai shall have judgment against FeeDx in the amount of $14,229,552.71, which includes $1,648,620.17 in costs and attorneys' fees and $331,226.54 in AAA International Centre For Dispute Resolution costs.

DATED: May 20, 2021         By: _____
                                United States District Court Judge