UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDAY FARMS, INC., a former California corporation; and NIPPON KOKUSAI AGRICULTURAL HOLDINGS, INC., a Samoa corporation<br><br>    *Petitioners*,<br>  v.<br><br>FEEDX HOLDINGS, INC., a Cayman Islands corporation<br>    *Respondent.* | Case No.: 2:21-cv-00346-JGB(SPx)<br>The Honorable Jesus G. Bernal<br><br>**AMENDED JUDGMENT** |
| AND RELATED COUNTERCLAIM. | |

  This action relates to the final arbitration award (the "Award") dated November 3, 2020 by the AAA International Centre For Dispute Resolution in ICDR Case No. 01-17-0002-8035, which incorporates the Partial Final Award dated October 2, 2019. The Award relates to an arbitration (the "AAA Arbitration") between on the one hand (as respondents in the AAA Arbitration) FeeDx Holdings, Inc. ("FeeDx," respondent

and counterclaimant herein), Thomas Tsai, HayDx Inc., and FFNT; and on the other hand (as claimants in the AAA Arbitration) Hayday Farms Holdings Ltd. f/k/a Hayday Farms, Inc. ("Hayday") and Nippon Kokusai Agricultural Holdings, Inc. ("Nippon Kokusai") (both petitioners and counterclaim-defendants herein). In light of the Ninth Circuit's order (Dkt. No. 62), the Court hereby enters its AMENDED JUDGMENT as follows:

  1. The Award is vacated to the extent it makes any award against Thomas Tsai, HayDx Inc., and FFNT.

  2. The rest of the Award is confirmed. Hayday and Nippon Kokusai shall have judgment against FeeDx in the amount of $21,229,552.7 which includes $1,648,620.17 in costs and attorneys' fees and $331,336.54 in AAA International Centre For Dispute Resolution costs.

DATED: August 8, 2023  By: _____
            United States District Court Judge